UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ADVANCED WOUND CARE, LLC,
d/b/a WOUNDGENEX

Plaintiff, Case No. 5:26-cv-00207-MTT

vs.

MIDDLE GEORGIA VASCULAR
SURGERY CENTER L.L.C., and
ALLISON BURKETT, M.D.

Defendants.

---

THE HEALTH LAW PARTNERS, P.C.
Clinton Mikel, Esq.
*Attorneys for Plaintiff*
32000 Northwestern Highway,
Suite 240
Farmington Hills, MI 48334
Tel: (248)996-8510
cmikel@thehlp.com

---

# PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, Advanced Wound Care, LLC, d/b/a WoundGenex, through counsel, submits this Corporate Disclosure Statement in compliance with Local Rule 87. A supplemental disclosure statement will be filed upon any change in the information provided herein.

1. Plaintiff has no parent corporations.

2. Plaintiff has no subsidiary corporations.

3. No publicly-held company owns 10% or more of Plaintiff's stock.

Dated: June 5, 2026

Respectfully submitted,

THE HEALTH LAW PARTNERS, P.C.

By: /s/ *Clinton Mikel*_________

Clinton Mikel, Esq.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334
Telephone: (248) 996-8510
Email: cmikel@thehlp.com

**ATTORNEYS FOR PLAINTIFF**