UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ADVANCED WOUND CARE, LLC,
d/b/a WOUNDGENEX

Plaintiff, Case No. 5:26-cv-00207-MTT

vs.

MIDDLE GEORGIA VASCULAR
SURGERY CENTER L.L.C., and
ALLISON BURKETT, M.D.

Defendants.

---

THE HEALTH LAW PARTNERS, P.C.
Clinton Mikel, Esq.
*Attorneys for Plaintiff*
32000 Northwestern Highway,
Suite 240
Farmington Hills, MI 48334
Tel: (248)996-8510
cmikel@thehlp.com

---

## PLAINTIFF'S JURISDICTIONAL STATEMENT

Plaintiff, Advanced Wound Care, LLC, d/b/a WoundGenex, through counsel, submits this Jurisdictional Statement in compliance with Local Rule 87.2. A supplemental jurisdictional statement will be filed upon any change in the information provided herein.

1. Plaintiff's state of incorporation is Delaware.

2. Plaintiff's principal place of business is located in Arizona.

Dated: June 5, 2026

Respectfully submitted,

THE HEALTH LAW PARTNERS, P.C.

By: /s/ *Clinton Mikel*_________

Clinton Mikel, Esq.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334
Telephone: (248) 996-8510
Email: cmikel@thehlp.com

**ATTORNEYS FOR PLAINTIFF**