# UNITED STATES DISTRICT COURT

for the
Middle District of Georgia

**ADVANCED WOUND CARE, LLC, d/b/a WOUNDGENEX**

*Plaintiff*

v.

**MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.; ALLISON BURKETT, M.D.**

*Defendant*

Civil Action No. 5:26-cv-00207-MTT

## AFFIDAVIT OF SERVICE

I, Michael Harbuck, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C. in Houston County, GA on June 9, 2026 at 3:34 pm at 1025 North Houston Rd., Suite 100, Warner Robins, GA 31093 by leaving the following documents with Taylor Phagan who as MANAGER is authorized by appointment or by law to receive service of process for MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C..

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION (MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.)

Additional Description:
Taylor Phagan advise that Dr. Burkett was in a procedure and unavailable, but that she was authorized to receive documents on behalf of the practice.
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.6409588,-83.641932
Photograph: See Exhibit 1

Total Cost: $180.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Houston County,

GA on 6/10/2026.

/s/ Michael Harbuck

Signature
Michael Harbuck
+1 (478) 973-5631


Exhibit 1a)
MGVSC
FLAMINGO