# UNITED STATES DISTRICT COURT

for the
Middle District of Georgia

| | | |
|---|---|---|
| **ADVANCED WOUND CARE, LLC, d/b/a WOUNDGENEX**<br>*Plaintiff*<br>v.<br>**MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.; ALLISON BURKETT, M.D.**<br>*Defendant* | ) | Civil Action No. 5:26-cv-00207-MTT |

## AFFIDAVIT OF SERVICE

I, Michael Harbuck, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to ALLISON BURKETT, M.D. in Houston County, GA on June 4, 2026 at 7:52 pm at 110 Peach Blossom Rd, Apt 146, Bonaire, GA 31005-3951 by leaving the following documents at the usual place of abode of ALLISON BURKETT, M.D. with Robert Burkett who is of suitable age and discretion and resides therein.

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION
Race: Black or African American, Sex: Male, Est. Age: 45-54, Hair: Gray, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=32.5693152086,-83.6534898744
Photograph: See Exhibit 1

Total Cost: $180.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Houston County,

GA on 6/5/2026.

/s/ Michael Harbuck

Signature
Michael Harbuck
+1 (478) 973-5631



Exhibit 1a)