**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ADVANCED WOUND CARE, LLC, D/B/A WOUNDGENEX**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C., and ALLISON BURKETT, M.D.,**<br><br>**Defendants.** | ) | **CASE NUMBER 5:26-CV-00207-MTT** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 87.1, Defendant Middle Georgia Vascular Surgery Center L.L.C. declares that it has no parent corporation, that it neither owns nor has an interest in any subsidiaries, and that no publicly traded corporation owns any of its outstanding membership interests.

Respectfully submitted this 6th day of July, 2026.

**STONE & BAXTER, LLP**
By:

*/s/ E. Tate Crymes*

David L. Bury, Jr. 133066
Georgia Bar No.
E. Tate Crymes
Georgia Bar No. 486182

*Counsel for Defendants*

577 Third Street
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 (fax)
dbury@stoneandbaxter.com
tcrymes@stoneandbaxter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have electronically filed the foregoing *Corporate Disclosure Statement* with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all parties which have made an appearance in the case.

Respectfully submitted this 6th day of July, 2026.

*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486812

G:\CLIENTS\Middle Georgia Vascular Surgery Center and Vein Solutions, LLC\Wound Care v. MGVSC\Corporate Disclosure Statement.docx