**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ADVANCED WOUND CARE, LLC, D/B/A WOUNDGENEX**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C., and ALLISON BURKETT, M.D.,**<br><br>**Defendants.** | ) | **CASE NUMBER 5:26-CV-00207-MTT** |

# NOTICE OF STAY ON ACCOUNT OF BANKRUPTCY

Please take notice that on the 1st day of July, 2026, Allison Belinda Burkett, M.D. filed a Voluntary Petition for protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia, Macon Division. Such Bankruptcy Case has been designated as Bankruptcy Case No. 26-51110 (the "**Bankruptcy Case**"). The filing of the Bankruptcy Case acts as an automatic stay under 11 U.S.C. § 362(a) applicable to all entities for:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under Title 11, United States Code ("Title 11"), or to recover a claim against the debtor that arose before commencement of the case under Title 11;

(2) the enforcement, against the debtor, or against property of the estate, of a judgment obtained before the commencement of the case under Title 11;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against the property of the estate;

(5) any act to create, perfect, or enforce property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under Title 11;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under Title 11;

(7) the set-off of any debt owing to the debtor that arose before commencement of the case under Title 11 against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

In accordance with the above-quoted provision of 11 U.S.C. § 362, the above-referenced Civil Action is stayed as against Defendant Allison Belinda Burkett, M.D.

This 6th day of July, 2026.

**STONE & BAXTER, LLP**
BY:

/s/ David L. Bury, Jr.

David L. Bury, Jr. 133066
Georgia Bar No.
E. Tate Crymes
Georgia Bar No. 486182

*Counsel for Defendants Allison Belinda Burkett, M.D. and Middle Georgia Vascular Surgery Center L.L.C.*

577 Third Street
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 (fax)
dbury@stoneandbaxter.com
tcrymes@stoneandbaxter.com

G:\CLIENTS\Middle Georgia Vascular Surgery Center and Vein Solutions, LLC\Burkett v. Ch. 11\Dr. Burkett -- Notice of Stay on Account of Bankruptcy.docx

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ADVANCED WOUND CARE, LLC, D/B/A WOUNDGENEX**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C., and ALLISON BURKETT, M.D.,**<br><br>**Defendants.** | ) | **CASE NUMBER 5:26-CV-00207-MTT** |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing *Notice of Stay on Account of Bankruptcy* with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all parties which have made an appearance in the case.

Respectfully submitted this 6th day of July, 2026.

*David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066

577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)

*Counsel for Defendants Allison Belinda Burkett, M.D. and Middle Georgia Vascular Surgery Center L.L.C.*