**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ADVANCED WOUND CARE, LLC, D/B/A WOUNDGENEX** | ) | |
| **Plaintiff,** | ) | **CASE NUMBER 5:26-CV-00207-MTT** |
| **vs.** | ) | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C., and ALLISON BURKETT, M.D.,** | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S JURISDICTIONAL STATEMENT**

Pursuant to Local Rule 87.2, Defendant Middle Georgia Vascular Surgery Center L.L.C. declares that it is a domestic for profit corporation that is incorporated to do business in the State of Georgia. Its principal place of business is 1025 North Houston Road, Warner Robins, Georgia 31093.

Respectfully submitted this 6th day of July, 2026.

**STONE & BAXTER, LLP**
By:

_/s/ E. Tate Crymes_
David L. Bury, Jr. 133066
Georgia Bar No.
E. Tate Crymes
Georgia Bar No. 486182

*Counsel for Defendants*

577 Third Street
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 (fax)
dbury@stoneandbaxter.com
tcrymes@stoneandbaxter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have electronically filed the foregoing *Jurisdictional Statement* with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all parties which have made an appearance in the case.

Respectfully submitted this 6th day of July, 2026.

*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486812

G:\CLIENTS\Middle Georgia Vascular Surgery Center and Vein Solutions, LLC\Wound Care v. MGVSC\Jurisdictional Statement.docx