IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ADVANCED WOUND CARE, LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | CIVIL ACTION NO. 5:26-CV-207 (MTT) |
| | ) | |
| MIDDLE GEORGIA VASCULAR | ) | |
| SURGERY CENTER, LLC, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

On or May 22, 2026, Plaintiff Advanced Wound Care, LLC, filed a lawsuit against Defendants Middle Georgia Vascular Center, LLC. ECF 1. On July 6, 2026, Defendants Allison Burkett and Middle Georgia Vascular Surgery Center, LLC filed notices of stay on account of bankruptcy. ECF 8; 9. The Court recognizes that this case is subject to an automatic bankruptcy stay under 11 U.S.C. § 362(a). However, the Court must still determine whether it has jurisdiction. The Plaintiff alleges the Court has diversity jurisdiction under 28 U.S.C. § 1332., which requires the Court to determine the citizenship of all parties. ECF 1 ¶ 7.

In evaluating the citizenship of an unincorporated association for the purpose of determining whether the Court has diversity jurisdiction, the Court must consider the citizenship of the association's constituents.[1] In its complaint, Advanced Wound Care,

---

[1] *See Underwriters at Lloyd's, London v. Osting-Schwinn*, 613 F.3d 1079, 1086 (11th Cir. 2010) ("[U]nincorporated associations do not themselves have any citizenship, but instead must prove the citizenship of each of their members to meet the jurisdictional requirements of 28 U.S.C. § 1332."); *Rolling Greens MHP v. Comcast SCH Holdings,* 374 F.3d 1020, 1022 (11th Cir. 2004) (holding limited liability company is a citizen of any state of which one of its members is a citizen for diversity jurisdiction purposes); *Carden v. Akoma Assocs.*, 494 U.S. 185, 195 (1990) (requiring a court to consider the citizenship of all partners of limited partnerships in order to determine whether diversity jurisdiction exists).

LLC alleges that it is a Florida limited liability company with its principal place of business in Arizona. ECF 1 ¶ 2. Advanced Wound Care, LLC also alleges that Middle Georgia Vascular Care, LLC is a Georgia limited liability company with its principal place of business in Georgia. *Id.* ¶ 3. Both parties filed jurisdictional statements as required by Local Rule 87.2, which disclose only the state of "incorporation" and the principal place of business for each party. *See* ECF 4; 8. But Advanced Wound Care and Middle Georgia Vascular Care are limited liability companies. Accordingly, the Court **ORDERS** Advanced Wound Care, LLC and Middle Georgia Vascular Care, LLC, to file statements that disclose the identity and citizenship of their members by **July 28, 2026**, and if any member is itself an unincorporated association, the identity and citizenship of such association's constituents.[2] M.D. Ga. L.R. 87.2.

       **SO ORDERED** this 14th day of July, 2026.

> S/ Marc T. Treadwell
> MARC T. TREADWELL, JUDGE
> UNITED STATES DISTRICT COURT

---

[2] "If a partner or member of an unincorporated association is itself an unincorporated association, the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be." *Orchid Quay v. Suncor Bristol Bay*, 178 F. Supp. 3d 1300, 1304 (S.D. Fla. 2016) (internal quotation marks and citation omitted).

-2-