**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ADVANCED WOUND CARE, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-207 (MTT)** |
| | ) | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER, LLC, *et al.*** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER STAYING CASE ON NOTICE OF BANKRUPTCY**

On July 1, 2026, Defendants Middle Georgia Vascular Surgery Center, LLC, and Allison Burkett filed a Voluntary Petition for Bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia. ECF 9 at 1; 10 at 1. On July 6, 2026, the Defendants filed notices of stay on account of bankruptcy in this Court. ECF 9; 10.

Under 11 U.S.C. § 362(a)(1), all judicial proceedings against the debtor are automatically stayed. Accordingly, this case is hereby **STAYED** in its entirety. Counsel for Defendants is **ORDERED** to file a report as to the status of the bankruptcy proceedings by December 8, 2026.

**SO ORDERED**, this 14th day of July, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT