**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **ADVANCED WOUND CARE, LLC, D/B/A WOUNDGENEX**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C., and ALLISON BURKETT, M.D.,**<br><br>**Defendants.** | **CASE NUMBER 5:26-CV-00207-MTT** |

**DEFENDANT'S SUPPLEMENTAL JURISDICTIONAL STATEMENT**

Pursuant to Local Rule 87.2 and this Court's Order dated July 14, 2026 (Dkt. No. 12), Defendant Middle Georgia Vascular Surgery Center L.L.C. ("**Defendant**") declares that it is a Georgia limited liability company whose sole member is Allision Burkett, M.D., a natural person and citizen of the State of Georgia who is domiciled in Houston County, Georgia and resides at 207 Twisted Laurel Lane, Bonaire, Georgia 31005, thereby making Defendant solely a citizen of the State of Georgia for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

Respectfully submitted this 28th day of July, 2026.

**STONE & BAXTER, LLP**
By:

*/s/ E. Tate Crymes*
David L. Bury, Jr. 133066
Georgia Bar No.
E. Tate Crymes
Georgia Bar No. 486182

*Counsel for Defendants*

577 Third Street
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 (fax)
dbury@stoneandbaxter.com
tcrymes@stoneandbaxter.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing *Jurisdictional Statement* with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all parties which have made an appearance in the case.

Respectfully submitted this 28th day of July, 2026.

*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486812

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\Wound Care v. MGVSC\Jurisdictional Statement - Copy.docx