IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ADVANCED WOUND CARE LLC , | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00207-MTT |
| | * | |
| MIDDLE GEORGIA VASCULAR SURGERY CENTER LLC et al, | * | |
| Defendants. | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 21, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 21st day of August, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk