UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ADVANCED WOUND CARE, LLC,
d/b/a WOUNDGENEX

Plaintiff,

Case No. 5:26-cv-00207-MTT

vs.

MIDDLE GEORGIA VASCULAR
SURGERY CENTER L.L.C., and
ALLISON BURKETT, M.D.

Defendants.

THE HEALTH LAW PARTNERS, P.C.
Clinton Mikel, Esq.
*Attorneys for Plaintiff*
32000 Northwestern Highway,
Suite 240
Farmington Hills, MI 48334
Tel: (248)996-8510
cmikel@thehlp.com

STONE & BAXTER, LLP
David Bury, Esq.
*Attorneys for Defendants*
577 Third Street
Macon, GA 31201
Tel: (478) 750-9898
dbury@stoneandbaxter.com

**PLAINTIFF'S CORRECTED SUPPLEMENTAL JURISDICTIONAL STATEMENT**

Plaintiff, to Local Rule 87.2 and the Court's July 14, 2026 Order, ECF 12, Plaintiff Advanced Wound Care, LLC, d/b/a WoundGenex ("Plaintiff"), states that, at the time this action was commenced on May 22, 2026, Plaintiff was a limited liability company with two members: Tom Smith and David Drabo. Tom Smith and David Drabo were each natural persons who were citizens and domiciliaries of the State of Florida.

Accordingly, Plaintiff was and is a citizen of the State of Florida for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

Dated: August 25, 2026

Respectfully submitted,

THE HEALTH LAW PARTNERS, P.C.

By: /s/ *Clinton Mikel*

Clinton Mikel, Esq.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334
Telephone: (248) 996-8510
Email: cmikel@thehlp.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing were served on all parties and counsel of record via the Court's CM/ECF filing system on this 25th day of August, 2026, in accordance with Fed. R. Civ. P. 5(b)(2).

/s/ Clinton Mikel
Clinton Mikel, Esq.