UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ADVANCED WOUND CARE, LLC,
d/b/a WOUNDGENEX

Plaintiff,

Case No. 5:26-cv-00207-MTT

vs.

MIDDLE GEORGIA VASCULAR
SURGERY CENTER L.L.C., and
ALLISON BURKETT, M.D.

Defendants.

THE HEALTH LAW PARTNERS, P.C.
Clinton Mikel, Esq.
*Attorneys for Plaintiff*
32000 Northwestern Highway,
Suite 240
Farmington Hills, MI 48334
Tel: (248)996-8510
cmikel@thehlp.com

STONE & BAXTER, LLP
David Bury, Esq.
*Attorneys for Defendants*
577 Third Street
Macon, GA 31201
Tel: (478) 750-9898
dbury@stoneandbaxter.com

**ORDER**

Before the Court is Plaintiff Advanced Wound Care, LLC, d/b/a WoundGenex's Motion for Relief from Judgment Under Rule 60(b)(1), for Leave to File Supplemental Jurisdictional Statement, and to Restore Stayed Posture.

For good cause shown, the Motion is **GRANTED**.

The Court's August 21, 2026 Order dismissing this action without prejudice, ECF 15, and the Judgment entered the same day, ECF 16, are **VACATED**.

Plaintiff's contemporaneously filed Supplemental Jurisdictional Statement is **ACCEPTED**.

This action is **REINSTATED** and shall remain **STAYED** pursuant to the Court's July 14, 2026, Order Staying Case on Notice of Bankruptcy, ECF 13. Nothing in this Order lifts, modifies, or otherwise affects the automatic stay under 11 U.S.C. § 362.

SO ORDERED, this ______ day of ___________, 2026.

________________________________
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT